# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| Millennium Funding, Inc., Bodyguard Productions, Inc., and LHF Productions, Inc., | ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 23-cv-16372 |
| vs. | ) ) | Judge John F. Kness |
| Michael A. Hierl, Esq., Hughes Sokol Piers Resnick & Dym, Ltd., | ) ) ) ) | Magistrate Judge Jeffrey Cole |
| Defendants. | ) | |

## STIPULATION FOR DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties, by counsel, hereby stipulate that any and all claims asserted by Plaintiffs in this action be dismissed without prejudice. The parties further stipulate that costs and fees shall be borne by the respective parties.

Respectfully submitted,

| | |
|---|---|
| **MILLENNIUM FUNDING, INC., BODYGUARD PRODUCTIONS, INC., and LHF PRODUCTIONS, INC.** | **MICHAEL A. HIERL and HUGHES SOKOL PIERS RESNICK & DYM, LTD** |
| By: /s/ Joshua S. Frick | By: /s/ Victor J. Pioli |
| Jonathan P. Froemel | Joseph R. Marconi (marconij@jbtld.com) |
| Joshua S. Frick | Victor J. Pioli (pioliv@jbltd.com) |
| BARNES & THORNBURG LLP | JOHNSON & BELL, LTD. |
| One North Wacker Drive, Suite 4400 | 33 W. Monroe Street |
| Chicago, IL 60606 | Suite. 2700 |
| Telephone: 312-357-1313 | Chicago, Illinois 60603 |
| Facsimile: 312-759-5646 | Tel: (312) 372 0770 |
| Email: Jonathan.Froemel@btlaw.com | Fax: (312) 372-9818 |
| Joshua.Frick@btlaw.com | |
| | *Attorneys for Defendants* |
| *Attorneys for Plaintiffs* | |

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that on October 8, 2024, the foregoing document was filed via the United States Court for the Northern District of Illinois CM/ECF electronic document filing system, which will serve notice therefor upon the attorneys of record.

By: /s/ Joshua S. Frick