# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.2
### Eastern Division

Millennium Funding, Inc., et al.

                              Plaintiff,

v.                                           Case No.: 1:23−cv−16372
                                                          Honorable John F. Kness

Michael A. Hierl, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 9, 2024:

      MINUTE entry before the Honorable John F. Kness: On 10/8/2024, the parties filed a jointly−executed "Stipulation for Dismissal" [36]. Accordingly, the case is dismissed without prejudice consistent with the terms of the Stipulation and by operation of Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.,i>See Nelson v. Napolitano, 657 F.3d 586, 587 (7th Cir. 2011) (Rule 41(a)(1)(A) notice of dismissal "is self−executing and effective without further action from the court"). Each party is to bear its own fees and costs. The motion [32] of Charles Muszynski for leave to intervene is dismissed as moot by virtue of Plaintiffs' voluntary dismissal of the case. To the extent a substantive ruling on the motion to intervene is required, the motion is denied for the reasons provided by Plaintiffs in their response in opposition (Dkt. [35]). I thank Judge Cole for his services on referral. Civil case terminated. Mailed notice. (exr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.